UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

JEFFREY K. THOMPSON,

    Plaintiff,

v.                                                    CASE NO. 2:11-CV-00648-FtM-36SPC

THOMAS A. QUIGLEY, M.D. and ADVANCED
MEDICAL OPTICS, INC. doing business as
TECNIS,

    Defendants.
_____/

## ORDER

This cause comes before the Court on the Report and Recommendation filed by Magistrate Judge Sheri Polster Chappell, on November 15, 2011 (Doc. 4). In the Report and Recommendation, Judge Chappell recommends that Plaintiff Jeffrey K. Thompson's ("Plaintiff") Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) be denied. Neither party has objected to the Report and Recommendation and the time to do so has expired.

This Court agrees with the Magistrate Judge in finding that Plaintiff's Complaint fails to state a federal cause of action. Complete diversity between the parties is lacking and the amount in controversy does not exceed the $75,000 federal jurisdictional threshold. Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 4) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff Jeffrey K. Thompson's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED, without prejudice.**.

3. Plaintiff is given leave to file an Amended Complaint within **TWENTY-ONE (21)** days from the date of this order. Failure to file an Amended Complaint within this time period will result in dismissal of this action without further notice.

**DONE AND ORDERED** at Ft. Myers, Florida, on December 1, 2011.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD