**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

JEFFREY K. THOMPSON,

    Plaintiff,

v.                                                        CASE NO. 2:11-CV-00648-FtM-36SPC

THOMAS A. QUIGLEY, M.D. and ADVANCED
MEDICAL OPTICS, INC. doing business as
TECNIS,

    Defendants.
_____/

**ORDER**

    This cause comes before the Court on the Report and Recommendation filed by Magistrate Judge Sheri Polster Chappell, on December 15, 2011 (Doc. 11). In the Report and Recommendation, Judge Chappell recommends that Plaintiff Jeffrey K. Thompson's ("Plaintiff") Amended Motion for Leave to Proceed *In Forma Pauperis* (Doc. 8) be denied. Neither party has objected to the Report and Recommendation and the time to do so has expired.

    This Court agrees with the Magistrate Judge in finding that Plaintiff's Complaint fails to state a federal cause of action. Though the amount in controversy is now satisfied, complete diversity between the parties is lacking because Plaintiff is filing suit against another resident of Florida. Thus, the Court lacks federal subject matter jurisdiction. Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 11) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff Jeffrey K. Thompson's Amended Motion for Leave to Proceed *In Forma Pauperis* (Doc. 8) is **DENIED.**

3. This action is **DISMISSED**, without prejudice. The clerk is directed to terminate all pending motions, enter judgment accordingly, and close this file.

**DONE AND ORDERED** at Ft. Myers, Florida, on January 5, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD